PER CURIAM.
Affirmed. See Berkshire Life Ins. Co. v. Adelberg, 698 So.2d 828 (Fla.1997); Mutual Life Ins. Co. v. Knight, 130 Fla. 733, 178 So. 898 (1937); Cruz v. Union Gen. Ins., 586 So.2d 91 (Fla. 3d DCA 1991); Aetna Life Ins. Co. v. Smith, 345 So.2d 784 (Fla. 4th DCA), cert. denied, 353 So.2d 678 (Fla.1977); Monsanto Co. v. Fuqua, 280 So.2d 496 (Fla. 1st DCA), cert. denied, 286 So.2d 205 (Fla.1973).